# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150397(86)

EBONY WHITE, Conservator for MA'KIERAN
MOSS, Minor,
      Plaintiff-Appellee/Cross-Appellant,

v

                                       SC: 150397
                                       COA: 304221
                                       Wayne CC: 08-106604-NH

HUTZEL WOMEN'S HOSPITAL, a/k/a
HARPER-HUTZEL HOSPITAL,
      Defendant-Appellant/
      Cross-Appellee,
and

SUSAN BERMAN, M.D., NICOLE MAHONEY,
M.D. and SHUKRI ABDULLAH, M.D.,
      Defendants.

_____/

On order of the Court, the motion for reconsideration of this Court's September 25, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2016 _____



                    Clerk

a0125